Query    Reports    Utilities    Help    What's New    Log Out

BNDDUTY,CLOSED,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:22-mj-02548-JB-2

| | |
|---|---|
| Case title: USA v. Hurtado Gonzalez et al | Date Filed: 04/01/2022 |
| Other court case number: 1:22-cr-00040-KD USDC for the Southern District of Alabama | Date Terminated: 04/04/2022 |

Assigned to: Magistrate Judge Jacqueline Becerra

**Defendant (2)**

**Jose Alberto Garcia**  represented by  **Juan Diego Berrio**
*TERMINATED: 04/04/2022*                Berrio & Berrio PA
                                        2333 Brickell Avenue
                                        Suite A-1
                                        Miami, FL 33129
                                        305-358-0940
                                        Fax: 359-9844
                                        Email: jdberrio@hotmail.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: CJA Appointment*

**Pending Counts**                       **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

WARR/INDICT/SD/AL/Conspiracy to
Distribute Cocaine on Board a Vessel

**Plaintiff**

**USA**      represented by   **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2022 | 1 | Magistrate Removal of Indictment from USDC for the Southern District of Alabama Case number in the other District 1:22-cr-00040-KD as to Justo Ariel Hurtado Gonzalez (1), Jose Alberto Garcia (2). (jao) (Main Document 1 replaced on 4/1/2022) (jao). (Entered: 04/01/2022) |
| 04/04/2022 | 8 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings and Removal Hearing as to Jose Alberto Garcia held on 4/4/2022. Bond recommendation/set: Jose Alberto Garcia (2) STIP 250K CSB w/ Nebbia w/ right to revisit (No Hearing Held). Date of Arrest or Surrender: 4/1/2022. Defendant waived removal; Ordered removed to the S/D of AL. Spanish Interpreter present. Defendant sworn. Attorney added: Juan Diego Berrio for Jose Alberto Garcia for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 4/4/2022. (Digital 12:46:47)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 4/4/2022. (jbs) (Entered: 04/05/2022) |
| 04/04/2022 | 9 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Jose Alberto Garcia (jbs) (Entered: 04/05/2022) |
| 04/04/2022 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Jose Alberto Garcia. Defendant committed to the USDC for the Southern District of Alabama. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 4/4/2022. *See attached document for full details*. (jbs) (Entered: 04/05/2022) |
| 04/04/2022 | 11 | Notice of Criminal Transfer to USDC for the Southern District of Alabama of a Rule 5 or Rule 32 Initial Appearance as to Jose Alberto Garcia. Your case number is: 1:22-cr-00040-KD. Docket sheet and documents attached. If you require certified copies of |

|  |  | any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (jbs) (Entered: 04/05/2022) |
|---|---|---|