# MINUTE ORDER

Page 9

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 4/4/2022     Time: 10:00 a.m.

Defendant: 2) JOSE ALBERTO GARCIA     J#: 02769-506     Case #: 22-MJ-2548-BECERRA

AUSA: Eric Morales     Attorney:

Violation: WARR/INDICT/SD/AL/Conspiracy to Distribute Cocaine on Board a Vessel     Surr/Arrest Date: 4/1/2022     YOB: 1995

Proceeding: Initial Appearance     CJA Appt: Juan Berrio (CJA)

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant sworn; CJA counsel appointed

***STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets***

***Defendant waived removal; Ordered removed to the S/D of AL***

***\*Brady warning given\****

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 12:46:47     Time in Court: 10 mins

s/Lauren F. Louis     Magistrate Judge