# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No:

United States of America
    Plaintiff,

    v.

*22 mj 02548 Becerra*

Charging District's Case No.

*22-000 40 k.D*
*Southern District of Alabama*

*Jose Alberto Garcia*
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS .

I understand that I have been charged in another district, the ___*Southern District of Alabama*___

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[✓] An identity hearing and production of the warrant.

[✓] A preliminary hearing.

[✓] A detention hearing in the Southern District of Florida.

*Reserves rights to all hearings once removed to Alabama.*

[✓] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: *4/4/2022*

*Jose Alberto Garcia*
Defendant's Signature *Jose Alberto Garcia*

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE